199 So.2d 689

**Houston Kenneth KILPATRICK**

v.

**STATE.**

**8 Div. 263.**

Supreme Court of Alabama.

June 1, 1967.

Miles T. Powell, Decatur, for petitioner.

MacDonald Gallion, Atty. Gen., and Walter S. Turner, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Houston Kenneth Kilpatrick for certiorari to the Court of Appeals to review and revise the judgment and decision in Kilpatrick v. State, 43 Ala.App. 667, 199 So.2d 682.

Writ denied.

SIMPSON, MERRILL and HARWOOD, JJ., concur.

205 So.2d 915

**LOUISVILLE & NASHVILLE RAILROAD CO.**

v.

**Flynn D. MORRIS et al.**

**4 Div. 307.**

Supreme Court of Alabama.

Jan. 11, 1968.

Jas. A. Mulkey, Geneva, for petitioner.

Jos. P. Hughes, Geneva, opposed.

HARWOOD, Justice.

Petition of Louisville & Nashville Railroad Company for certiorari to the Court of Appeals to review and revise the judgment and decision in Louisville & Nashville R. Co. v. Morris, 44 Ala.App. 216, 205 So.2d 910.

Writ denied.

SIMPSON, MERRILL and COLEMAN, JJ., concur.

198 So.2d 790

**Donald V. MERKES**

v.

**STATE.**

**1 Div. 446.**

Supreme Court of Alabama.

May 5, 1967.

Donald V. Merkes, pro se, for petition.

MacDonald Gallion, Atty. Gen., opposed.

LAWSON, Justice.

Petition of Donald V. Merkes for certiorari to the Court of Appeals to review and revise the judgment and decision in Ex parte Merkes, 43 Ala.App. 640, 198 So.2d 789.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.